IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: David T. Schultz | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 22-cr-222 NEB/TNL |
| | ) | Date: | September 20, 2022 |
| Liban Yasin Alishire(1), | ) | Courthouse: | Minneapolis |
| | ) | Courtroom: | 9E |
| Defendant, | ) | Time Commenced: | 5:35 p.m. |
| | | Time Concluded: | 5:40 p.m. |
| | | Time in Court: | 5 minutes |

APPEARANCES:

Plaintiff: Matthew Ebert and Joe Thompson, Assistant U.S. Attorney
Defendant: James Becker, Assistant Federal Public Defender
   X FPD         X To be appointed

Date Charges Filed: 9/13/2022       Offense: conspiracy to commit wire fraud; wire fraud; conspiracy to commit federal programs bribery; federal programs bribery; money laundering

X Advised of Rights

on     X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date September 22, 2022 at 2:30 p.m. before U.S. Magistrate Judge David T. Schultz, CR 9E Mpls for:
   X Detention hrg     X Arraignment hrg

Additional Information:

X Oral Rule5(f) Brady notice read on the record.

                                                       s/ JAM
                                                Signature of Courtroom Deputy