UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>LIBAN YASIN ALISHIRE,<br><br>Defendant. | Case No. 22-cr-222 (1) (NEB/TNL)<br><br>**ORDER ON MOTION FOR TRAVEL OUTSIDE MINNESOTA** |

This matter is before the Court on Defendant Liban Yasin Alishire's Motion for Permission to Travel to Kenya for a period of up to sixty days to assist in the sale of his Kenyan properties to elicit the maximum value. (ECF No. 123) The sale will help with his forfeiture and restitution obligations. The Government opposes the motion, stating there are no conditions to ensure Defendant's return to the United States to face sentencing. The Government believes his family ties and prosect of facing a lengthy sentence give him motive to flee (ECF No. 126.) The United States Probation and Pretrial Services Office does not support a two-month trip, but would support a one-month trip with full details provided beforehand and the return of Alishire's passport within 24 hours of his return to Minnesota. Based on all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendant Liban Yasin Alishire's Motion is GRANTED IN PART AND DENIED IN PART. Defendant Liban Yasin Alishire may reside temporarily in Kenya pending sentencing for a period of 30 days. The 30 days

includes the travel time between Minnesota and Kenya. While residing in Kenya, the Defendant will not be under supervision of the United States Probation and Pretrial Services, but he must maintain contact with his attorney. Defendant shall comply with all other aspects with his conditions of release, provide his US Probation and Pretrial Services Officer with full trip details beforehand and return his passport within 24 hours of his return to Minnesota.

Dated: October 25, 2023                               s/Nancy E. Brasel
                                                      Nancy E. Brasel
                                                      United States District Court Judge