UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-cr-222 (1) (NEB/DTS) |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR TRAVEL OUTSIDE MINNESOTA** |
| LIBAN YASIN ALISHIRE, | |
| Defendant. | |

---

This matter is before the Court on Defendant Liban Yasin Alishire's Motion for Permission to Travel to Kenya for a period of six weeks to assist in the sale of real estate he owns in Nairobi, Kenya, so that he can make timely restitution payments. (ECF No. 178.) The Government takes no position on the request.

Defendant has remained compliant with the terms of his pretrial release since the Indictment over two years ago. Defendant traveled to Kenya in late October 2023 for a period of 30 days without issue. Defendant recently transferred $304,000 in payment towards restitution, the source of which was negotiations that took place on the 2023 Kenya trip.

IT IS HEREBY ORDERED that Defendant Liban Yasin Alishire's Motion is GRANTED. Defendant Liban Yasin Alishire may travel to Kenya for a period of six weeks. The six weeks _includes_ the travel time between Minnesota and Kenya. Defendant shall provide his travel itinerary to the U.S. Pretrial and Probation Office prior to

traveling. Defendant's passport will be provided to him prior to travel. While residing in Kenya, the Defendant will not be under supervision of the United States Probation and Pretrial Services but Defendant Alishire must maintain contact with his attorney. Defendant shall comply with all other aspects with his conditions of release, provide his US Probation and Pretrial Services Officer and this Court with full trip details beforehand and return his passport within 24 hours of his return to Minnesota.

Dated: December 17, 2024                    s/Nancy E. Brasel
                                            Nancy E. Brasel
                                            United States District Court Judge