IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

Liban Yasin Alishire (1),

        Defendant.

Case No. 22-CR-222 (1) (NEB/TNL)

**DEFENDANT ALISHIRE'S MOTION
FOR DOMESTIC TRAVEL**

Liban Yasin Alishire hereby respectfully moves the Court for an Order modifying his conditions of release to permit him to travel to Arizona to visit his sister, who has been hospitalized with a form of cancer. As Mr. Alishire does not have a REAL ID driver's license or identification card, he requires his passport in order to travel by plane to Arizona, and requests that the Court temporarily order the release of his passport from the U.S. Probation and Pretrial Services Office.

Mr. Alishire has been fully compliant with the terms of his pretrial release since he was indicted and promptly released on his personal recognizance more than two years ago. (*See* Indictment, (Sept. 13, 2022) [ECF No. 1]; Order Setting Conditions of Release (Sept. 22, 2022) [ECF No. 22].) He pleaded guilty in January 2023, only a few months after being indicted, and has been awaiting sentencing since. (*See* Change of Plea Hearing Minutes [ECF No. 69]; *see also* Plea Agreement and Sentencing Stipulations (hereinafter, the "Plea Agreement") (Jan. 24, 2023) [ECF. No. 70].)

He has on two occasions requested from this Court and received permission to travel internationally during his pretrial release. (*See* Order on Mot. for Travel Outside Minn, [ECF No. 128] (Oct. 25, 2023); Order Granting Mot. For Travel Outside Minn., [ECF No. 179] (Dec. 17, 2024).) On both occasions, the Probation Office released Mr. Alishire's passport to him, he travelled abroad, and returned without incident.

Mr. Alishire has learned that his sister, Karol Mohamed, has been recently hospitalized in Gilbert, Arizona with a form of cancer. Her physicians are still in the process of determining the precise form of cancer, and she has had two surgeries in recent days. Mr. Alishire would like to travel, along with his mother, to visit her in the hospital as soon as possible. He has provisionally purchased tickets for a flight on the morning of Tuesday, September 23, 2025.

As Mr. Alishire's driver's license is not compliant with the REAL ID Act, which went into effect on May 7, 2025, his passport is his only form of identification allowing him to board a commercial aircraft. Pursuant to the terms of his supervised release, Mr. Alishire's passport is currently held by the U.S. Probation Office.

Mr. Alishire has requested his pretrial service's officers' permission to travel to Arizona to visit his siter. He has been informed that the probation office has no opposition to his travel, but it has requested that Mr. Alishire request permission from this Court for the release of Mr. Alishire's passport for use as REAL ID Act compliant identification. Counsel for Mr. Alishire inquired whether the Government

was opposed to this request via voicemail left with Government counsel this morning, but has not received a response as of this filing.

Should this Court grant this request, Mr. Alishire and his mother would travel on Tuesday September 23, 2025 to Gilbert, Arizona for a period of one week. Mr. Alishire will return his passport to the probation office within 24 hours of his return to Minnesota.

WHEREFORE, Mr. Alishire respectfully requests permission to travel to Gilbert, Arizona for one week, and asks that the Court order the U.S. Probation and Pretrial Services Office to release Mr. Alishire's passport to him for this purpose.

Dated: September 19, 2025          **FORSGREN FISHER McCALMONT DeMAREA TYSVER LLP**

_s/ Matthew D. Forsgren_
Matthew D. Forsgren, Reg. No. 0246694
David J. Wallace-Jackson, Reg. No. 0288767
Caitlinrose H. Fisher, Reg. No. 0398358
1500 Capella Tower
225 South 6th Street
Minneapolis, MN 55402
(612) 474-3300
mforsgren@forsgrenfisher.com
dwallace-jackson@forsgrenfisher.com
cfisher@forsgrenfisher.com

_Attorneys for Defendant Liban Yasin Alishire_